UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CRIMINAL ACTION NO. 3:23-CR-091

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.

JAMES NOTT                                                                                                            DEFENDANT

## MEMORANDUM AND ORDER FOLLOWING TELEPHONIC STATUS CONFERENCE

A telephonic status conference was held in this matter on November 1, 2023 before the Honorable Charles R. Simpson, III, United States Senior District Judge.

The following counsel participated in the conference:

For the United States

Christopher C. Tieke, Assistant United States Attorney;

For the Defendant

Donald J. Meier, Assistant Federal Defender.

The Court and counsel discussed the procedural posture of the case. Based on the discussion during the conference, by agreement of the parties, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. A change of plea hearing is set for **November 27, 2023 at 2:00 p.m.** before the Honorable Charles R. Simpson, III, United States District Senior Judge, at the Gene Snyder Federal Court House in **Louisville, Kentucky**.

2

2. <u>Speedy Trial Act.</u>  In light of the defendant's change of plea and upon the Court's own motion, the time between November 1, 2023, and November 27, 2023 is **DECLARED** excludable in computing the time within which the trial must commence under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(D) because the delay results from a change of plea request concerning the defendant.

Dated:   November 3, 2023

Charles R. Simpson III, Senior Judge
United States District Court

cc:   Counsel of Record
      United States Probation

Court Reporter: ECRO (Daniel Tierney)

Time:  00:05