UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CRIMINAL ACTION NO. 3:23CR-91-CRS |
| JAMES NOTT | DEFENDANT |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

This matter has been referred to the undersigned Magistrate Judge by the District Judge for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The appropriate wavier was executed by the defendant and filed in the record. The United States was represented by Chris Tieke, Assistant United States Attorney. The hearing was recorded by Becky Boyd, Official Court Reporter. The defendant, James Nott by consent with Assistant Federal Defender Don Meier, appointed counsel, appeared in open court on November 27, 2023, and entered a plea of guilty to Count 1 of the Indictment pursuant to a Rule 11(c)(1)(B) plea agreement. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowledgeable and voluntary as to Count 1 of the Indictment and that the offense charged was supported by an independent basis in fact concerning each of the essential elements of such offense. Therefore, the undersigned recommends that the plea of guilty be accepted, and that the defendant be adjudged guilty as to Count 1 in the Indictment and have sentence imposed accordingly.

In light of the defendant's change of plea and upon the Court's own motion, the time between November 27, 2023, and the conclusion of the objection period to the undersigned's recommendation regarding defendant's plea is DECLARED excludable in computing the time within which the trial must commence under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(D) because the delay results from a change of plea request concerning the defendant.

**The defendant shall have fourteen (14) days to file any objections to this recommendation pursuant to Fed.R.Crim.P. 59(b)(2), or waive the opportunity to do so.**

Sentencing is scheduled for **March 18, 2024, at 1:30 p.m**. before the Honorable Charles R. Simpson III, Senior United States District Judge.

**IT IS HEREBY ORDERED** that the defendant is remanded to the custody of the United States Marshals Service pending further order of the Court.

December 1, 2023

Colin H Lindsay, Magistrate Judge
United States District Court

:35