Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically)**

**CRIMINAL ACTION NO. 3:23CR-91-CRS**
**UNITED STATES OF AMERICA,**                                          **PLAINTIFF,**

**vs.**

**JAMES NOTT,**                                                                   **DEFENDANT.**

**DEFENDANT'S SENTENCING MEMORANDUM**

The Defendant, James Nott, pleaded guilty to the single count of Possession of a Firearm by a prohibited person. He is awaiting sentencing by this Court.

**I.**

**The Pre-Sentence Report**

**A.**     **Objections to the PSR.**

The defense objections to the pre sentence report have been resolved, with the exception of the contents of paragraphs 11-16. These paragraphs are listed as "offense conduct". However, the defense contends that the conduct described in these paragraphs is not related to the offense conduct that is the subject of this indictment. Therefore, the defense requests that these paragraphs be removed from the report.

**B.     Statutory Sentencing Range.**

The statutory sentencing range is 0-15 years.

**C.     Advisory Guideline Range**

The PSR calculates a recommended sentencing range of 33-41 months. The defense does not object to this calculation.

**D.     Requested sentence**

The defense respectfully requests that the Court sentence Mr. Nott to a sentence of no more than 33 months incarceration, along with a subsequent term of supervised release which includes terms and conditions that the Court deems necessary and appropriate.

Mr. Nott is 42 years old, and his only significant criminal conviction is the weapons offense from roughly 13 years ago. That offense resulted in a 30 months sentence and, since it is a felony, is the reason that Mr. Nott's otherwise legal conduct in this case (possessing a firearm) is instead illegal. When Mr. Nott was arrested in this matter, he was completely cooperative, spoke freely with the police, and admitted his conduct. The weapons were not fired, or brandished in any way, so no one was placed in any sort of danger.

As documented by the PSR, Mr. Nott was raised in an abusive home. PSR ¶58. Tragically, both of his brothers committed suicide. Whether due to environment, genetics, or both Mr. Nott also attempted to commit suicide several times as a young man. His PSR references mental health struggles that occurred during the time of his suicide attempts, almost 25 years ago. These mental health issues had been reported in Mr. Nott's prior PSR in 2011, and Mr. Nott reports that he has no longer been significantly afflicted by these problems.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

2

According to the U.S. Sentencing Commission's JSIN database[1] there were 394 defendants whose primary guideline was §2K2.1, with a Final Offense Level of 19 , and a Criminal History Category of II (excluding those with a 5K departure). For the 365 defendants (93%) who received a sentence of imprisonment in whole or in part, the average length of imprisonment imposed was 31 month(s) and the median length of imprisonment imposed was 33 month(s). For all defendants, the average sentence was 29 months. Thus, a sentence of more than 33 months, given the lack of aggravating factors in this case, would create an unwarranted sentencing disparity with defendants of similar criminal history, who have committed similar crimes.

Wherefore, the defense requests that the Court sentence Mr. Nott to a sentence of no more than 33 months, with a period of supervised release to include treatment/counseling for substance abuse and mental health issues if deemed appropriate. Such a sentence is sufficient, but not more than necessary to comply with the considerations the Court must evaluate under 18 U.S.C. §3553(a).

/s/ Donald J. Meier

Assistant Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, Kentucky 40202
(502) 584-0525

---

[1] Https://www.jisn.ussc.gov/analytics

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

3

Counsel for Defendant.

## **CERTIFICATE**

I hereby certify that on March 8, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the attorneys of record.

/s/ Donald J. Meier

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808